IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WELLS FARGO & COMPANY, N.A., :
:
      Plaintiff, :
:
V. : 3:17-CV-422
: (JUDGE MARIANI)
PAUL PIECZYNSKI, :
:
      Defendants. :

## ORDER

**AND NOW, THIS 18TH DAY OF JANUARY, 2018**, upon *de novo* review of Magistrate Judge Mehalchick's Report & Recommendation, (Doc. 16), **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation ("R&R"), (Doc. 16), is **ADOPTED** for the reasons stated therein.

2. Defendant's Objections, (Docs. 17, 19), are **OVERRULED**. Defendant's Objections have no support whatsoever in the law applicable to the issues raised by Plaintiff's Motion for Remand. Further, Defendant's Objections do not identify any actual, legally sufficient errors in the R&R's analysis or conclusions.

3. Plaintiff's Motion to Remand, (Doc. 6), is **GRANTED**. This Case is **REMANDED** to the Court of Common Pleas of Luzerne County, Pennsylvania.

4. Defendant's "Motion to Rule in Favor of Plaintiff[1] and Permanently Bar Ejectment and Remove Color of Title Sheriffs Deed Levy Possible Sanctions and Award Damages," (Doc. 11), and "Writ of Mandamus in Ex Parte Permanently Bar Ejectment and Remove Color of Title Sheriffs Deed Levy Possible Sanctions and Award Damages," (Doc. 12), are **DISMISSED AS MOOT**.

5. The Clerk of Court is directed to **CLOSE** the federal case.

                                                     */s/ Robert D. Mariani*
                                                     Robert D. Mariani
                                                     United States District Court Judge

---

[1] Defendant Pieczynski identified himself as "Plaintiff" in this Motion.